BLANK ROME LLP
Howard Knee (SBN 55048)
howard.knee@blankrome.com
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant
SCHULTZ INDUSTRIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOBY JOEL WILLIAMS,<br><br>    Plaintiff,<br><br> vs.<br><br>DISA GLOBAL SOLUTIONS, INC., et al.<br><br>    Defendants. | Case No. 3:25-cv-06678-AMO<br><br>**JOINT STIPULATION PURSUANT TO LR 6-1 TO EXTEND TIME FOR DEFENDANT SCHULTZ INDUSTRIAL SERVICES, INC. TO RESPOND TO INITIAL COMPLAINT BY 31 DAYS; AND [~~PROPOSED~~] ORDER** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1, Plaintiff Toby Joel Williams ("Plaintiff") and Defendant Schultz Industrial Services, Inc. ("Defendant") (collectively, the "Parties"), by and through the undersigned counsel of record, hereby stipulate ("Stipulation") with respect to Defendant's time to respond to the filed complaint, as follows:

WHEREAS, Plaintiff filed his complaint with this Court on August 7, 2025 (the "Complaint");

WHEREAS, Plaintiff served the Complaint on Defendant on October 17, 2025;

WHEREAS, Defendant's last day to respond to the Complaint is November 7, 2025;

WHEREAS, the Parties hereby stipulate to an extension of time for Defendant to respond to the Complaint up to and including December 8, 2025;

WHEREAS, the Court has scheduled an Initial Case Management Conference on February 12, 2026 at 10:00 a.m. and set a deadline for Case Management Statements on February 5, 2026, but has not otherwise scheduled any pre-trial or trial dates and no party will be prejudiced by the stipulated extension;

WHEREAS, the Stipulation will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses that Defendant would otherwise have including, without limitation, jurisdictional defenses;

Therefore, IT IS STIPULATED by and between Plaintiff and Defendant, that Defendant shall have up to and including December 8, 2025 within which to respond to the Complaint.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  October 31, 2025 | BLANK ROME LLP |
| 3 | | |
| 4 | | By: */s/ Cheryl S. Chang* |
| 5 | | Cheryl S. Chang<br>Howard M. Knee<br>Attorneys for Defendant |
| 6 | | SCHULTZ INDUSTRIAL SERVICES, INC. |
| 7 | DATED:  October 31, 2025 | DHF LAW, P.C. |
| 8 | | |
| 9 | | By: */s/ Devin H. Fok* |
| 10 | | Devin H. Fok<br>Joshua E. Kim<br>Attorneys for Plaintiff |
| 11 | | TOBY JOEL WILLIAMS |

001579.00001/150045408v.1

2

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1 (i)(3), I hereby certify that the contents of this document are acceptable to Devin H. Fok, attorney for Plaintiff Toby Joel Williams, and that I obtained Mr. Fok's authorization to file this document.

By: */s/ Cheryl S. Chang*
      Cheryl S. Chang

**[~~PROPOSED~~] ORDER**

The Court, having considered the Stipulation of the parties and for good cause shown, hereby ORDERS that Schultz Industrial Services, Inc. shall have up to and including December 8, 2025 within which to respond to the Complaint file by Plaintiff Toby Joel Williams.

IT IS SO ORDERED.

DATED: November 3, 2025

_____
Hon. Araceli Martinez-Olguín
United States District Court Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that on, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2025.

By:   /s/AJ Cruickshank