DHF Law, P.C.
Devin Fok SBN 256599
2304 Huntington Drive Suite 210
San Marino, CA 91108


Representing: Plaintiff

UNITED STATES DISTRICT COURT
Northern District of California - District - San Francisco

|  |  |  |
|---|---|---|
| Toby Joel Williams | ) | Case No. 25-cv-06678-TSH |
| **Plaintiff/Petitioner** | ) |  |
|  | ) | Proof of Service of: |
| vs. | ) | Complaint, Civil Cover Sheet, Summons |
|  | ) |  |
| Disa Global Solutions, Inc.; et al. | ) | Service on: |
| **Defendant/Respondent** | ) | Disa Global Solutions, Inc. |
|  | ) |  |
|  | ) |  |
|  | ) |  |

PROOF OF SERVICE

Order # 26533217

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>DHF Law, P.C.<br>Devin Fok SBN 256599<br>2304 Huntington Drive Suite 210<br>San Marino, CA 91108<br>　　　　TELEPHONE NO:　310-430-9933　　　FAX NO *(Optional)*:<br>　　E-MAIL ADDRESS *(Optional)*:　shaofok@gmail.com<br>　　　　ATTORNEY FOR *(Name)*:　Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |
| PLAINTIFF / PETITIONER:　Toby Joel Williams<br>DEFENDANT / RESPONDENT:　Disa Global Solutions, Inc.; et al. | CASE NUMBER:<br>25-cv-06678-TSH |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>14494179 (26533217) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Summons

2. Party Served:　　　　　Disa Global Solutions, Inc.

3. Person Served:　　　　Person Authorized to Accept

4. Left With:　　　　　　Daniela Curtusan - Authorized Agent

5. Date & Time of Delivery:　November 21, 2025 at 10:16 am CST

6. Address, City and State:　11740 Katy Freeway Suite 900 Houston, TX, 77079

7. Manner of Service:　**SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Daniela Curtusan, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $0

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Gabriel Hasbun/*

　　　　　　　　　　　　　　　　　　　　　Gabriel Hasbun

Not a Registered California process server.
Gabriel Hasbun

InfoTrack US, Inc. - P000634　　　　　　　　Date: November 21, 2025
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

MC-031

| PLAINTIFF / PETITIONER: Toby Joel Williams | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Disa Global Solutions, Inc.; et al. | 25-cv-06678-TSH |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: Disa Global Solutions, Inc.

1) Unsuccessful Attempt: Nov 14, 2025, 4:53 pm CST at Business: 11740 Katy Freeway Suite 900, Houston, TX 77079
   *Office is closed*

2) Unsuccessful Attempt: Nov 20, 2025, 12:43 pm CST at Business: 11740 Katy Freeway Suite 900, Houston, TX 77079
   *Talked to to security and they tried to contact someone at Disa several times and no answered, they do not allow me to go to suite 900*

3) Unsuccessful Attempt: Nov 20, 2025, 3:28 pm CST at Business: 11740 Katy Freeway Suite 900, Houston, TX 77079
   *Security called Disa and they stated to como tomorrow as they will have someone named Daniela to accept the documents*

4) Successful Attempt: Nov 21, 2025, 10:16 am CST at Business: 11740 Katy Freeway Suite 900, Houston, TX 77079 received by Daniela Curtusan. Age: 50-60; Gender: Female; Weight: 130; Height: 5'4"; Relationship: Authorized Agent;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   November 21, 2025

Gabriel Hasbun

(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server

---

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

|  | MC-031 |
|---|---|
| PLAINTIFF / PETITIONER: Toby Joel Williams <br> DEFENDANT / RESPONDENT: Disa Global Solutions, Inc.; et al. | CASE NUMBER: <br> 25-cv-06678-TSH |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 11/21/2025, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Cover Sheet, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

Disa Global Solutions, Inc.
Person Authorized to Accept Service of Process
11740 Katy Freeway, Suite 900
Houston, TX 77079.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   11/21/2025

Kendall Holmes

(TYPE OR PRINT NAME)

*(signature)*

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.