UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

TOBY JOEL WILLIAMS

    Plaintiff(s),

v.

DISA GLOBAL SOLUTIONS, INC.;
SCHULTZ INDUSTRIAL SERVICES, INC.;
HEALTH & SAFETY COUNCIL; and DOES
1 TO 10, Inclusive

    Defendant(s).

Case No. 3:25-CV-06678-AMO

[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE ON DEFENDANT DISA GLOBAL SOLUTIONS, INC. **AS MODIFIED**

## [~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE ON DEFENDANT DISA GLOBAL SOLUTIONS, INC. UNDER RULE 4(M)

This matter comes before the Court on the Plaintiff Toby Joel Williams' Motion to Extend Time For Service On Defendant Disa Global Solutions, Inc. Under Rule 4(M). **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Plaintiff shall have until December 20, 2025 to effectuate service on Defendant DISA Global Solutions, Inc. Plaintiff shall file a proof of service no later than December 29, 2025.

IT IS SO ORDERED, this  24th  day of    November   , 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

1