UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY JOEL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISA GLOBAL SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-06678-AMO<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME **AS MODIFIED**<br><br>Re: Dkt. No. 27 |

The Court, having considered the stipulation of Plaintiff Toby Joel Williams ("Williams") and Defendant Schultz Industrial Services, Inc. ("Schultz"), and good cause appearing, hereby ORDERS that: 1) the deadline for Williams to file responses to Schultz's Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss") (ECF No. 23) and Schultz's Motion to Strike Portions of Plaintiff's Amended Complaint (the "Motion to Dismiss") (ECF No. 24) shall be continued by thirty (30) days until January 22, 2026; 2) the deadline for Schultz to file reply briefs shall be continued by seven (7) days such that it will have fourteen (14) days from the date that Williams files his responses to file its reply briefs; and 3) the hearing date on the Motion to Dismiss and the Motion to Strike shall be continued until April 16, 2026 at 2:00 p.m. The Case Management Conference presently set for February 12, 2026, shall be continued until April 16, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 23, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**