UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY JOEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 25-cv-06678-AMO<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; GRANTING MOTION TO DEEM SERVICE INEFFECTIVE; TERMINATING MOTION TO DISMISS AND MOTION TO STRIKE AS MOOT; VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 23, 24, 31, 33 |

There are four motions pending before the Court in the above-captioned case.  The Court addresses each in turn.

Plaintiff Toby Joel Williams seeks leave to file an amended complaint. Dkt. No. 31. Because the motion is unopposed, Dkt. No. 32, and Rule 15 instructs the Court to "freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2), the motion is GRANTED.  Williams SHALL file his second amended complaint, Dkt. No. 31-3, as a standalone docket entry, no later than February 6, 2026.

Defendant DISA Global Solutions, Inc. moves the Court to deem service of the original complaint ineffective.  Dkt. No. 33.  Williams did not file an opposition to the motion and the deadline to do so has passed.  Because a party's failure "to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion," Civil Standing Order at 10, the motion is GRANTED.

Defendant Schultz Industrial Services, Inc. moves to dismiss, Dkt. No. 23, and strike, Dkt. No. 24, portions of Williams's first amended complaint.  Because the Court has granted Williams

leave to file a second amended complaint both of these motions are presently moot and are TERMINATED.

Finally, the case management conference set for April 16, 2026, is VACATED and will be reset as needed once the pleadings are settled.

**IT IS SO ORDERED.**

Dated: February 2, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**