# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

TOBY JOEL WILLIAMS,

                    Plaintiff,

        vs.

DISA GLOBAL SOLUTIONS, INC.; SCHULTZ INDUSTRIAL SERVICES, INC.; HEALTH & SAFETY COUNCIL; and DOES 1 TO 10, Inclusive,

                    Defendants.

Case No. 3:25-cv-06678-AMO

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT, SCHULTZ INDUSTRIAL SERVICES, INC. TO FILE REPLY BRIEFS IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO STRIKE

001579.00001/150045408v.1

**ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SCHULTZ INDUSTRIAL SERVICES, INC. TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE**

The Court, having considered the stipulation of Plaintiff Toby Joel Williams ("Williams") and Defendant Schultz Industrial Services, Inc. ("Schultz"), and good cause appearing, hereby ORDERS that the deadline for Schultz to file reply briefs in support of its Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 39) and Motion to Strike Portions of Plaintiff's Second Amended Complaint  (ECF No. 38) shall be continued by fourteen (14) days until April 10, 2026. The hearing date on the motions shall remain on June 18, 2026 at 2:00 p.m.

IT IS SO ORDERED.


DATED:   3/18/2026

_____
Hon. Araceli Martinez-Olguín
United States District Judge

001579.00001/150045408v.1                                                     1

**ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SCHULTZ INDUSTRIAL SERVICES, INC. TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE**