UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOBY JOEL WILLIAMS,

Plaintiff,

v.

DISA GLOBAL SOLUTIONS, INC., et al.,

Defendants.

Case No. 25-cv-06678-AMO

**ORDER TO SHOW CAUSE**

On August 7, 2025, Plaintiff Toby Joel Williams ("Williams) filed suit against Defendants DISA Global Solutions, Inc. ("DISA"), Schultz Industrial Services, Inc., and Health & Safety Council. *See* Dkt. No. 1. On November 13, 2025, Williams filed proof of service for Health & Safety Council. Dkt. No. 17. To date, Health & Safety Council has not appeared in this action, and Williams has failed to file a motion for default judgment. Accordingly, the Court ORDERS Williams to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure ("Rule") 41(b) as to Health & Safety Council.

Further, Williams filed a motion for an extension of time to serve DISA on November 2, 2025, *see* Dkt. No. 18, which the Court granted, Dkt. No. 21. The Court ordered Williams to serve DISA no later than December 20, 2025, and to file proof of service no later than December 29, 2025. *Id.* On December 23, 2025, Williams filed proof of service for DISA. Dkt. No. 28. On January 7, 2026, DISA filed a motion to deem service ineffective. Dkt. No. 33. Williams did not file an opposition to the motion. On February 2, 2026, the Court granted DISA's motion to deem service ineffective as unopposed. Dkt. No. 36 at 1. Since then, Williams has not filed a new proof of service for DISA. Thus, the Court ORDERS Williams to show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) and for failure to

serve pursuant to Rule 4(m) as to DISA.

To summarize, the Court **ORDERS** Williams to **SHOW CAUSE** (1) why Health & Safety Council should not be dismissed from this action for failure to prosecute and (2) why DISA should not be dismissed from this action for failure to prosecute and failure to serve. Williams SHALL file a response to this Order, no longer than four pages, by July 17, 2026. Failure to respond to this Order will result in dismissal of this case as to Defendants DISA and Health & Safety Council without further notice.

**IT IS SO ORDERED.**

Dated: June 26, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2