DHF LAW, P.C.
Devin H. Fok (SBN 256599)
devin@devinfoklaw.com
Joshua Kim (SBN 257260)
joshua@devinfoklaw.com
556 N. Diamond Bar Blvd, Suite 304
Diamond Bar, CA 91765
Telephone: 888.651.6411
Facsimile: 888.484.2023

Attorneys for Plaintiff
TOBY JOEL WILLIAMS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

TOBY JOEL WILLIAMS,

Plaintiff,

vs.

DISA GLOBAL SOLUTIONS, INC.; SCHULTZ INDUSTRIAL SERVICES, INC.; HEALTH & SAFETY COUNCIL; and DOES 1 TO 10, Inclusive,

Defendants.

Case No. 4:25-cv-06678-AMO

*Assigned to the Hon. Araceli Martínez-Olguín*

**DECLARATION OF JOSHUA E. KIM IN SUPPORT OF PLAINTIFF'S RESPONSE TO SCHULTZ INDUSTRIAL SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

(Filed concurrently with Response to Schultz Industrial Services, Inc.'s Motion to Dismiss Plaintiff's Third Amended Complaint)

I, Joshua Eunsuk Kim, declare as follows:

1. I am over 18 years of age and competent to make this Declaration. I submit this Declaration based upon my personal knowledge. If called upon, I could and would testify to its accuracy.

2. I am an attorney with DHF Law, P.C. and am counsel for Plaintiff Toby Joel Williams ("Williams" or "Plaintiff") in this action.

3. I submit this declaration and its exhibits solely to demonstrate that, if the Court identifies any deficiency in the Third Amended Complaint ("TAC"), Plaintiff can amend to plead additional facts curing that deficiency. Plaintiff does not rely on the declaration to supplement the TAC or to resolve the merits of Schultz's Rule 12 motion.

4. Attached as Exhibit 1 to this declaration is a true and accurate copy of the "Universal Membership Application Form."

5. Attached as Exhibit 2 to this declaration is a true and accurate copy of the "DISA Drug Test Result Certificate."

6. Attached as Exhibit 3 to this declaration is a true and accurate copy of an email that Williams received from a DISA employee on November 14, 2023.

7. Defendant DISA has a website describing a potentially relevant procedure for an applicant to change an "inactive" status, located at https://disa.com/contact/rtd/rtd-faqs-consortium (last visited on August 10, 2026).

8. Attached as Exhibit 4 to this declaration is a true and accurate copy of the FTC Staff Opinion Letter to Hinkle, dated July 9, 1998, referenced by the court in *Salazar v. Golden State Warriors*, 124 F. Supp. 2d 1155, 1160 (N.D. Cal. 2000). It is attached for the convenience of the Court and is also subject to judicial notice under Rule 201 of the Federal Rules of Evidence.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2026.

DHF LAW, P.C.

By: */s/ Joshua E. Kim*
Devin H. Fok
Joshua E. Kim
Attorneys for Plaintiff
TOBY JOEL WILLIAMS