# EXHIBIT 2

**Print Date: 11/06/2023**

# DISA Drug Test Result Certificate

10900 Corporate Centre Drive
Ste. 250
Houston TX 77041

**Account:** 49253 Schultz Industrial Services, Inc.
**Location:** P66 Rodeo
P66 Rodeo
**Donor's Name:** TOBY WILLIAMS **Donor's SSN:** [redacted] **Employee Number:** XXXXX0165

| | | | |
|---|---|---|---|
| **Chain of Custody/Lab #:** | CC14617074 | **Specimen Collected Date:** | 8/7/2023 2:30:00PM |
| **Purpose of Test:** | Pre-Access | **Lab Release Date:** | 8/8/2023 5:38:00PM |
| **Type of Test:** | Urine 10 Panel OP300:A300:M20:MDA:6AM | **MRO Verified Date:** | 8/8/2023 5:42:00PM |
| **Policy Pool Type:** | DCC | **CCF Verified Date:** | 08/08/2023 |
| **Policy:** | DCCHA Consortium Policy - Schultz Industrial Services, Inc. | | |
| **Result:** | Negative | **Electronic Release Date:** | 8/8/2023 6:21:52PM |

## Substance Detail

| | | |
|---|---|---|
| 6AM | Negative | |
| Alcohol (Collection Site Result) | Negative | (Screen: 0) |
| Amphetamines | Negative | |
| Barbiturates | Negative | |
| Benzodiazepines | Negative | |
| Cannabinoids | Negative | |
| Cocaine | Negative | |
| MDA-Analogues | Negative | |
| Methadone | Negative | |
| Methaqualone | Negative | |
| Opioids | Negative | |
| OXYC/OXYM | Negative | |
| Phencyclidine | Negative | |
| Propoxyphene | Negative | |

### Specimen Collection Facility

Care OnSite/Tango & Co. CA9IH
1805 Arnold Dr.
Martinez CA 94553

### Analyzing Laboratory

Clinical Reference Laboratory (CRL)
8433 Quivira Road
Lenexa KS 66215

### Medical Review Officer

University Services
Richard Weinstein, MD

2800 Black Lake Place Suite A
Philadelphia, PA 19154

The test purpose on the CCF was not the expected reason for test. The TRC reflects the proper test purpose for statistical purposes. Keep this TRC with the CCF as documentation of the administrative correction.