# EXHIBIT 3

6:44 34%

Inbox
securemail.disa.com

*Digital Signature is VALID*

From: Davis, Melissa
To: Toby Williams
Cc:

RE: [EXTERNAL] Re: FW: Test Resul
Copies - Toby Williams - Confidenti

Tue, 14 Nov 2023 13:55:20 +0000

Hi Toby,

There was a test on 7/27/2016 that is making yo
status inactive. Back then, the requirement for a
DCCHA violation was to see a Substance Abuse
Professional if it affects your NASAP status. That
test did make your NASAP status inactive which unfortunately that inactive status never expires. The only way to get it active again is to go see the Substance Abuse Professional then test back into the DCCHA policy.

Please let me know if you have additional questions.

Thank you,

Melissa Davis

Supervisor, Customer Service

**DISA Global Solutions, Inc.**
10900 Corporate Centre Dr., Suite 250
Houston, TX 77041

**Main:** 281-673-2400
**Direct:** 317-269-[redacted]